FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA E. COOPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A.; U.S. BANK NATIONAL ASSOCIATION; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; and EQUIFAX INFORMATION SERVICES LLC, a Georgia Limited Liability Company,<br><br>　　　　Defendants. | No. 2:23-CV-00121-SAB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO EQUIFAX INFORMATION SERVICES, LLC** |

　　　　Before the Court is the parties' Stipulation for Dismissal with Prejudice and Without Costs as to Equifax Information Services, LLC, ECF No. 44. Plaintiff is represented by Drew Sarrett and SaraEllen Hutchison. Defendant Equifax Information Services, LLC, is represented by Andrew Escobar. Defendant Bank of America, N.A., is represented by Daniel Oates and Jesus Palomares. Defendant U.S. Bank National Association is represented by Shawn Larsen-Bright. Defendant Experian Information Solutions, Inc., is represented by Angela Taylor, Sara Wadsworth, and Rachel Groshong. The motion was considered without oral argument.

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS …** *1

Defendant Equifax and Plaintiff have come to a settlement on the issue, and the parties request the Court dismiss with prejudice Defendant Equifax pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties agree to bear their own costs and attorneys' fees.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Dismissal with Prejudice and Without Costs as to Equifax Information Services, LLC, ECF No. 44, is **GRANTED**.

2. Defendant Equifax Information Services, LLC, is **DISMISSED with prejudice**, with Plaintiff and Defendant Equifax bearing their own costs and attorneys' fees.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 25th day of January 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS …** *2