FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA E. COOPER,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.; U.S. BANK NATIONAL ASSOCIATION; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; and EQUIFAX INFORMATION SERVICES LLC, a Georgia Limited Liability Company,<br><br>    Defendants. | No. 2:23-CV-00121-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT U.S. BANK NATIONAL ASSOCIATION**<br><br>ECF NO. 49 |

    Before the Court is the parties' Stipulation to Dismiss U.S. Bank National Association with Prejudice and Without Costs. ECF No. 49.

    Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

    1.    The parties' Stipulation to Dismiss U.S. Bank National Association with Prejudice and Without Costs, **ECF No. 49**, is **GRANTED**.

    2.    Defendant U.S. Bank National Association and all claims against it in the Complaint are **DISMISSED with prejudice**, with Plaintiff and Defendant U.S. Bank National Association each bearing their own costs and attorney's fees.

**ORDER- 1**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 26th day of February 2024.



Stanley A. Bastian
United States District Judge

**ORDER - 2**