FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 05, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA E. COOPER,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.; U.S. BANK NATIONAL ASSOCIATION; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; and EQUIFAX INFORMATION SERVICES LLC, a Georgia Limited Liability Company,<br><br>    Defendants. | No. 2:23-CV-00121-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>ECF NO. 51 |

Before the Court is the parties' Stipulation to Dismiss Experian Information Solutions, Inc. with Prejudice and Without Costs. ECF No. 51.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

1. The parties' Stipulation to Dismiss Experian Information Solutions, Inc. with Prejudice and Without Costs, **ECF No. 51**, is **GRANTED**.

**ORDER- 1**

2. Defendant Experian Information Solutions, Inc. and all claims against it in the Complaint are **DISMISSED with prejudice**, with Plaintiff and Defendant Experian Information Solutions, Inc. each bearing their own costs and attorney's fees.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 5th day of March, 2024.



Stanley A. Bastian
United States District Judge

**ORDER- 2**